# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANCH BANKING AND TRUST COMPANY,

    Plaintiff(s),

v.

FORD DUNEVILLE, LLC, et al.,

    Defendant(s).

2:11-CV-1776 JCM (GWF)

**ORDER**

Presently before the court are defendants' motion to dismiss, (doc # 50), plaintiff's motion for summary judgment, (doc. # 51), and plaintiff's motion for a hearing pursuant to Nev. Rev. Stat. 40.457, (doc. # 52). Each of these motions was filed on April 7, 2014. Since these motions were filed, the court has approved four stipulations continuing dispositive motion briefing in this case. (Docs. # 55, 60, 62, 64). In each of these stipulations, the parties have stated that they have "contingently settled the case" but need additional time to finalize the settlement. A settlement conference is scheduled to take place on September 3, 2014.

Pursuant to the court's authority to manage its docket and its need to resolve disputes in an efficient manner, good cause exists to deny the instant motions without prejudice. The court will grant leave to re-file these motions if the parties do not reach a settlement in this matter.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

**James C. Mahan
U.S. District Judge**

1    Accordingly,

2    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss, (doc # 50), plaintiff's motion for summary judgment, (doc. # 51), and plaintiff's motion for a hearing pursuant to Nev. Rev. Stat. 40.457, (doc. # 52), be, and the same hereby are, DENIED without prejudice.

DATED August 1, 2014.

_____
UNITED STATES DISTRICT JUDGE

- 2 -