UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FORD DUNEVILLE, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:11-CV-01776-JCM-GWF<br><br>**MINUTE ORDER** |

　　　Presently before the court is the case *Branch Banking and Trust Company v. Ford Duneville, LLC et al*, case number 11-cv-1776-JCM-GWF. In its order granting summary judgment (ECF No. 92), the court directed the parties to file opening briefs concerning the fair market value of the property at issue at the time of the trustee's sale. The matter has been fully briefed and the case will be referred to Magistrate Judge Foley to hold an evidentiary hearing on the issue.

　　　DATED THIS 25th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE