UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>                                  Plaintiff(s),<br><br>    v.<br><br>FORD DUNEVILLE, LLC, et al.,<br><br>                                  Defendant(s). | Case No. 2:11-CV-1776 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *Branch Banking and Trust Company v. Ford Duneville, LLC et al.*, case number 2:11-cv-01776-JCM-GWF.

On July 11, 2016, the parties filed a notice of settlement notifying the court that "the parties are documenting a settlement and a dismissal shall be filed within sixty days"—*i.e.*, by September 9, 2016. (ECF No. 106).

To date, the parties have yet to file the dismissal. Accordingly, the parties have thirty (30) days from the entry of this order to file the dismissal referenced in their notice of settlement or to notify the court as to why the dismissal cannot be filed by the deadline.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file their dismissal as referenced in their notice of settlement (ECF No. 106) within thirty (30) days of this order or notify the court as to why the deadline cannot be met.

DATED November 16, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**